Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−21532−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John E Campbell Jr.
   452 Alden Street
   Orange, NJ 07050

Social Security No.:
   xxx−xx−0378

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 3, 2023.

Dated: November 3, 2023
JAN: mff

                                                               Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-21532-VFP |
| John E Campbell, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 03, 2023 | Form ID: plncf13 | Total Noticed: 61 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John E Campbell, Jr., 452 Alden Street, Orange, NJ 07050-1937 |
| op | + | Avram D White, 66 Hampton Ter, Orange, NJ 07050-3904 |
| cr | + | TLOA of NJ, LLC, c/o Deborah Feldstein, Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 519489652 | | Capital One Bank, C/o TLOA, LLC, PO Box 54077, New Orleans, LA 70154-4077 |
| 518292463 | + | Department of HUD, 52 Corporate Circle, Albany, NY 12203-5176 |
| 518292462 | + | Department of HUD, PO Box 105664, Atlanta, GA 30348-5664 |
| 518292468 | + | Essex County New Jersey Empoymentl F, 465 Martin Luther King B, Newark, NJ 07102-1735 |
| 518821760 | + | Kendacy Campbell, 452 Alden Street, Orange, NJ 07050-1937 |
| 518292472 | + | Merchants Acceptance, 6073 W 44th Ave, Wheat Ridge, CO 80033-4752 |
| 518292477 | | New Jersey Department of Labor, Benefit Payment Control, PO Box 951, Trenton, NJ 08625-0951 |
| 518292479 | + | Short Hills Surgery Center, 187 Millburn Avenue, #102, Millburn, NJ 07041-1845 |
| 519489654 | + | TLOA Servicing, LLC, 1245 Farmington Avenue, #349, West Hartford, CT 06107-2667 |
| 519489653 | + | TLOA of NJ, LLC, C/o TLOA Servicing, LLC, 11 Talcott Notch Rd., 2nd Floor, Ref: 452 Alden, Orange, NJ), Farmington, CT 06032-1817 |
| 519504249 | + | TLOA of NJ, LLC, c/o Deborah Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 519489655 | + | TLOA, LLC, 601 Heritage Drive, Jupiter, FL 33458-2777 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 03 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 03 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518292442 | + | Email/Text: bnc-applied@quantum3group.com | Nov 03 2023 20:51:00 | Applied Bank, Attn: Bankruptcy, PO Box 17125, Wilmington, DE 19850-7125 |
| 518292444 | + | Email/Text: bnc-applied@quantum3group.com | Nov 03 2023 20:51:00 | Applied Bnk, 4700 Exchange Court, Boca Raton, FL 33431-4450 |
| 518292446 | + | Email/Text: bk@avant.com | Nov 03 2023 20:51:00 | Avant / Webbank, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 518292447 | + | Email/Text: bk@avant.com | Nov 03 2023 20:51:00 | Avant /Webbank, Attn: Bankruptcy, 222 N Lasalle St, Ste 1700, Chicago, IL 60601-1101 |
| 518292450 | + | Email/Text: john.debold@gmail.com | Nov 03 2023 20:52:00 | BCA Financial Services, PO Box 1037, Bloomfield, NJ 07003-1037 |
| 518292449 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 03 2023 20:49:00 | Bank Of America, 4909 Savarese Cir, Tampa, FL |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 33634-2413 |
| 518292448 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 03 2023 20:49:00 | Bank Of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 518350838 | + | Email/Text: rm-bknotices@bridgecrest.com | Nov 03 2023 20:51:00 | Bridgecrest Financial, 4020 East Indian School Road, Phoenix, AZ 85018-5220 |
| 518292453 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2023 20:53:33 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518292458 | | Email/Text: cfcbackoffice@contfinco.com | Nov 03 2023 20:50:00 | Continental Finance Company, Attn: Bankruptcy, PO Box 8099, Newark, DE 19714 |
| 518292459 | | Email/Text: cfcbackoffice@contfinco.com | Nov 03 2023 20:50:00 | Continental Finance Company, Pob 8099, Newark, DE 19714 |
| 518292451 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2023 20:53:47 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518345794 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 03 2023 20:53:44 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518292455 | + | Email/Text: greenj@capitoldiscount.com | Nov 03 2023 20:51:00 | Capitol Discount Corp, 2650 Merrick Rd, Bellmore, NY 11710-5707 |
| 518407281 | + | Email/Text: rm-bknotices@bridgecrest.com | Nov 03 2023 20:51:00 | Carvana, LLC, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 518292456 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2023 20:53:02 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 518292457 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2023 21:04:29 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518292460 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 03 2023 20:53:40 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518292461 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 03 2023 21:04:25 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518292464 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2023 20:53:16 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518292465 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2023 21:04:17 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518414206 | | Email/Text: bnc-quantum@quantum3group.com | Nov 03 2023 20:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518292466 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 03 2023 20:52:00 | Eos Cca, Attn: Bankruptcy, 700 Longwater Drive, Norwell, MA 02061-1624 |
| 518292467 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 03 2023 20:52:00 | Eos Cca, PO Box 981008, Boston, MA 02298-1008 |
| 518292470 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 03 2023 20:52:00 | Genesis Bc/Celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 518292469 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 03 2023 20:52:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 518292471 | ^ | MEBN | Nov 03 2023 21:34:36 | KML Law Group, 701 Market St., Ste. 5000, Ref: F-023637-16), Philadelphia, PA 19106-1541 |
| 518405573 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2023 21:04:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518292474 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 03 2023 20:53:01 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518292473 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 03 2023 20:53:14 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2023 | Form ID: plncf13 | Total Noticed: 61 |

| | | | | |
|---|---|---|---|---|
| 518292475 | + Email/Text: nsm_bk_notices@mrcooper.com | | Nov 03 2023 20:50:00 | Box 9201, Old Bethpage, NY 11804-9001<br>Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518292476 | + Email/Text: nsm_bk_notices@mrcooper.com | | Nov 03 2023 20:50:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518306048 | + Email/Text: RASEBN@raslg.com | | Nov 03 2023 20:50:00 | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518391121 | + Email/Text: nsm_bk_notices@mrcooper.com | | Nov 03 2023 20:50:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 518416684 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Nov 03 2023 21:04:27 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 518292478 | Email/Text: signed.order@pfwattorneys.com | | Nov 03 2023 20:50:00 | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 518372752 | Email/Text: bnc-quantum@quantum3group.com | | Nov 03 2023 20:51:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518292480 | ^ MEBN | | Nov 03 2023 21:34:33 | State of New Jersey, Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 518292481 | + Email/Text: usanj.njbankr@usdoj.gov | | Nov 03 2023 20:51:00 | U.S. Attorney, 970 Broad Street, 7th Floor, Ste. 700, Attn: Civil Process Clerk, Newark, NJ 07102-2534 |
| 518292482 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | | Nov 03 2023 21:04:14 | U.S. Department of Housing and Urban Dev, 451 7th St., SW, Washington, DC 20410-0002 |
| 518292483 | ^ MEBN | | Nov 03 2023 21:34:35 | U.S. Dept. of Justice, 950 Pennsylvania Ave., N.W., Rm. 4545, Washington, DC 20530-0001 |
| 518308058 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | | Nov 03 2023 21:04:14 | US Dept of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 518388544 | + Email/PDF: ebn_ais@aisinfo.com | | Nov 03 2023 21:14:40 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518292484 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | Nov 03 2023 20:49:00 | Verizon, PO Box 4830, Trenton, NJ 08650-4830 |

TOTAL: 46

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518292443 | *+ | Applied Bank, Attn: Bankruptcy, PO Box 17125, Wilmington, DE 19850-7125 |
| 518292445 | *+ | Applied Bnk, 4700 Exchange Court, Boca Raton, FL 33431-4450 |
| 518292454 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518292452 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518821761 | *+ | Kendacy Campbell, 452 Alden Street, Orange, NJ 07050-1937 |
| 518821762 | ##+ | Novlet Lawrence, Esq., 60 Evergreen Place, Ste. 312, Ref: (FM 07-2894-19), East Orange, NJ 07018-2114 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 03, 2023 | Form ID: plncf13 | Total Noticed: 61 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2023 at the address(es) listed below:**

**Name**          **Email Address**

Antonio G. Bonanni
on behalf of Creditor Carvana LLC abonanni@hoflawgroup.com, pfranz@hoflawgroup.com

Deborah T. Feldstein
on behalf of Creditor TLOA of NJ LLC dfeldstein@caplaw.net

Denise E. Carlon
on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Wassall
on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com

Gregory L. Van Dyck
on behalf of Plaintiff NJ Department of Labor and Workforce Development Division of Unemployment and Disability Insurance gregory.vandyck@law.njoag.gov

Herbert B. Raymond
on behalf of Debtor John E Campbell Jr. herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Herbert B. Raymond
on behalf of Counter-Claimant John E Campbell Jr. herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Laura M. Egerman
on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
magecf@magtrustee.com

Melissa N. Licker
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
on behalf of Creditor Nationstar Mortgage LLC phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Sindi Mncina
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14