Order Filed on November 7, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

```
Raymond and Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)
```

| | |
|---|---|
| In Re: | Case No.: 19-21532 (VFP) |
| | Adv. No.: |
| JOHN CAMPBELL, | Hearing Date: |
| DEBTOR(S) | Judge: VINCENT PAPALIA |

### ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: November 7, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor: John Campbell, Debtor(s)

Case no.: 19-21532 (VFP)

Caption of order: Order Granting Supplemental Counsel Fees

_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,300.00** for services rendered and expenses in the amount **$112.50** for a total of **$1,412.50**. The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.