Certificate Number: 20476-NJ-DE-038003605

Bankruptcy Case Number: 19-21532



20476-NJ-DE-038003605

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 7, 2023, at 6:50 o'clock AM EST, John E Campbell completed a course on personal financial management given by internet by Marie-Ann Greenberg, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   December 7, 2023            By:    /s/Scott E Kehiaian

Name:  Scott E Kehiaian

Title:   TEN Representative