UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
Sentry Office Plz
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Nationstar Mortgage LLC

In Re:

  John E Campbell Jr.

        Debtor(s)

Case No.:    19-21532 VFP

Chapter:    13

Hearing Date:  No Hearing

Judge:    Vincent F. Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled **X** Withdrawn

Matter: Notice of Mortgage Payment Change re: Claim #8 as filed on 11/22/2023 at 12:10:01

Date: January 09, 2024

/s/Denise Carlon
Signature

*rev. 8/1/15*