| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>Sentry Office Plz<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Nationstar Mortgage LLC | |
| In Re:<br><br>  John E Campbell Jr.<br><br>Debtor(s) | Case No.:    <u>19-21532 VFP</u><br><br>Chapter:      <u>13</u><br><br>Hearing Date:  <u>No Hearing</u><br><br>Judge:        <u>Vincent F. Papalia</u> |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled  **X** Withdrawn

Matter: <u>Notice of Mortgage Payment Change re: Claim #8 as filed on 11/22/2023 at 12:10:16</u>

Date: January 09, 2024                                 <u>/s/Denise Carlon</u>
                                                                    Signature

*rev. 8/1/15*