| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> Raymond & Raymond, Attorneys at Law <br> 7 Glenwood Avenue, 4th Floor <br> East Orange, New Jersey 07017 <br> (973) 675-5622; (408) 519-6711 Telefax <br> Email: herbertraymond@gmail.com <br> Herbert B. Raymond; Jeffrey M. Raymond, Esq.; <br> Kevin DeLyon, Esq. <br> Attorneys for the Debtor(s) | |
| In Re: <br><br> JOHN E. CAMPBELL, JR., DEBTOR | Case No: 19-21532 VFP <br><br> Chapter: 13 <br><br> Hearing Date: 11/16/23@10:00 am <br><br> Judge: Vincent Papalia |

Order Filed on January 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**CHAPTER 13 ORDER AUTHORIZING CANCELLATION,
VOIDING AND/OR DISCHARGE OF RECORD OF:**

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER** (specify) _____

Recommended Local Form:    ☐ Followed    ☒ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 18, 2024**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER**: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY
COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 452 Alden Street, Orange, New Jersey 07050

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Secretary of Housing and Urban Development
   b. Current Assignee: N/A
   c. Current Servicer: N/A
   d. Date of Mortgage/Lien: February 2, 2015
   e. Date of Recordation: March 26, 2015
   f. Place of Recordation: Essex County
      i. Mortgage Book: 12545
      ii. Page: 4270
   g. Original Principal Balance of Mortgage/Lien: $ 113,334.40

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*

<u>Addendum to Order Discharging and Cancelling Mortgage Pertaining to John E. Campbell, Regarding Real Property Located at 452 Alden Street, Orange, N.J. 07050.  Block: 1203, Lot: 19.</u>

<u>Record Owner:</u> John E. Campbell, Individually

<u>*Title/Property Vesting*</u>: This mortgage discharge pertains to real property owned by John E. Campbell, individually, by virtue of deed from Mica Lozier, dated May 10, 2006 and recorded on July 21, 2006 in Book 6363, Page 206.

<u>*Mortgage(s)/Obligation(s) to be Discharged (Supplementing Chapter 13 Order Authorizing Cancellation of Mortgage)[2nd Mortgage]*</u>: A mortgage from John E. Campbell to Secretary of Housing and Urban Development, dated February 2, 2015 in the amount of $113,334.40 and recorded on March 26, 2015 in Book 12545, Page 4270.