**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Raymond & Raymond, Attorneys at Law
7 Glenwood Avenue, 4th Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond; Jeffrey M. Raymond, Esq.;
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

Order Filed on January 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOHN E. CAMPBELL, JR., DEBTOR

Case No:    19-21532 VFP

Chapter:    13

Hearing Date:    11/16/23 @ 10:00 am

Judge:    Vincent Papalia

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER** (specify) _____

Recommended Local Form:    ☐ Followed    ☒ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 18, 2024**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER:** THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 452 Alden Street, Orange, New Jersey 07050

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Secretary of Housing and Urban Development
   b. Current Assignee: N/A
   c. Current Servicer: N/A
   d. Date of Mortgage/Lien: February 2, 2015
   e. Date of Recordation: March 26, 2015
   f. Place of Recordation: Essex County
      i. Mortgage Book: 12545
      ii. Page: 4270
   g. Original Principal Balance of Mortgage/Lien: $ 113,334.40

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*

2

<u>Addendum to Order Discharging and Cancelling Mortgage Pertaining to John E. Campbell, Regarding Real Property Located at 452 Alden Street, Orange, N.J. 07050. Block: 1203, Lot: 19.</u>

<u>Record Owner:</u> John E. Campbell, Individually

*Title/Property Vesting*: This mortgage discharge pertains to real property owned by John E. Campbell, individually, by virtue of deed from Mica Lozier, dated May 10, 2006 and recorded on July 21, 2006 in Book 6363, Page 206.

*Mortgage(s)/Obligation(s) to be Discharged (Supplementing Chapter 13 Order Authorizing Cancellation of Mortgage)[2nd Mortgage]*: A mortgage from John E. Campbell to Secretary of Housing and Urban Development, dated February 2, 2015 in the amount of $113,334.40 and recorded on March 26, 2015 in Book 12545, Page 4270.

United States Bankruptcy Court
District of New Jersey

In re:  
John E Campbell, Jr.  
    Debtor

Case No. 19-21532-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 19, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John E Campbell, Jr., 452 Alden Street, Orange, NJ 07050-1937 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Antonio G. Bonanni  
     on behalf of Creditor Carvana  LLC antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com

Deborah T. Feldstein  
     on behalf of Creditor TLOA of NJ  LLC dfeldstein@caplaw.net

Denise E. Carlon  
     on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Douglas J. McDonough  
     on behalf of Creditor Nationstar Mortgage LLC dmcdonough@flwlaw.com

Elizabeth L. Wassall  
     on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com

Gregory L. Van Dyck  
     on behalf of Plaintiff NJ Department of Labor and Workforce Development  Division of Unemployment and Disability Insurance

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 19, 2024 | Form ID: pdf903 | Total Noticed: 1 |

gregory.vandyck@law.njoag.gov

Herbert B. Raymond

on behalf of Counter-Claimant John E Campbell  Jr. herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Herbert B. Raymond

on behalf of Debtor John E Campbell  Jr. herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Laura M. Egerman

on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg

magecf@magtrustee.com

Melissa N. Licker

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond

on behalf of Creditor Nationstar Mortgage LLC phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Sindi Mncina

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15